LAW OFFICE OF
# MARC FERNICH

MARC FERNICH maf@fernichlaw.com
ALSO ADMITTED IN MASSACHUSETTS

800 THIRD AVENUE, FLOOR 20
NEW YORK, NEW YORK 10022
212-446-2346
FAX: 212-459-2299
www.fernichlaw.com

Dec. 4, 2021

**BY ECF**

Hon. Richard M. Berman
USDJ-SDNY
Daniel Patrick Moynihan US Courthouse
500 Pearl St.
Courtroom 17B
New York, NY 10007-1312

Re:   *US v. Daidone,* 02 CR 1584 (SDNY) (RMB)

Dear Judge Berman:

I received last night the government's opposition to my client Louis Daidone's motion for compassionate release. With the Court's permission, we will briefly reply by Dec. 13. We appreciate Your Honor's attention in considering this letter.

Respectfully,

Marc Fernich

cc:   All Counsel (ECF)